**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Marquesha  Williams v. 16303 Imperial LLC

Appellate case number:      01-19-00914-CV

Trial court case number:    1143136

Trial court:               County Civil Court at Law No. 1 of Harris County

       On December 10, 2019, appellant, Marquesha Williams , filed an emergency motion to stay pending appeal of eviction. The Court **grants** the stay of the eviction.

       The Court requests that the appellee, 16303 Imperial LLC, respond to the emergency motion by no later than ten days from the date of this order.  It is therefore **ordered** that the response of the appellee, if any, shall be due by **Friday, December 20, 2019**.

       It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
                ☑ Acting individually     ☐ Acting for the Court

Date:  _December 10, 2019___